

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00264-CV

| | | |
|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT, Appellant | § | On Appeal from the 141st District Court |
| | § | |
| V. | | of Tarrant County (141-210251-05) |
| | § | |
| NORTHWEST INDEPENDENT SCHOOL DISTRICT, JOSH WRIGHT, MARK SCHLUTER, STEVE SPROWLS, JUDY COPP, ANN DAVIS-SIMPSON, LILLIAN RAUCH, AND RYDER WARREN, IN THEIR OFFICIAL CAPACITIES ONLY, Appellees | § | July 1, 2021 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to specifically state that the referenced Bates-stamped pages are attached to the judgment. We have attached those pages to this opinion as Exhibit B. We further modify the judgment to correct a typographical error by deleting the italicized portion of the judgment and replacing that paragraph with the following paragraph:

IT IS FURTHER ORDERED, ADJUDGED[,] AND DECREED that it is equitable and just under Tex. Civ. Prac. & Rem. Code Ann. § 37.009 that Defendants be awarded their reasonable and necessary attorneys' fees and costs incurred in this matter as follows, with all attorneys' fees and costs being taxed to Plaintiff: . . . .

It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that appellant Carroll Independent School District shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
   Chief Justice Bonnie Sudderth